DANE LEITNER (*pro hac vice* application forthcoming)
Email: Dleitner@warddamon.com
KENNETH M. REHNS (*pro hac vice* application forthcoming)
Email: krehns@warddamon.com
WARD DAMON PL
4420 Beacon Circle
West Palm Beach, FL 33407
Telephone: (561) 842-3000

CONSTANCE J. YU (SBN 182704)
Email: cyu@plylaw.com
PUTTERMAN | YU LLP
345 California St. | Suite 1160
San Francisco, CA 94104
Tel. (415) 839-8779
Fax. (415) 737-1363

*Attorneys for Defendants National Health Agents, LLC and Interstate Brokers Of America, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TUSO, on behalf of himself and others similarly situated,<br><br>                                    Plaintiff,<br><br>vs.<br><br>NATIONAL HEALTH AGENTS, LLC, ET AL.,<br><br>                                    Defendants. | Case No.: 2:20-cv-02130-JAM-CKD<br><br>STIPULATION EXTENDING TIME TO ANSWER |

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

WHEREAS, the above-captioned lawsuit was filed by Plaintiff Richard Tuso on October 20, 2020, alleging violations of the Telephone Consumer Protection Act of 1990, 47 U.S.C. §227, et. seq., and the regulation promulgated thereunder, 47 C.F.R. §§ 64.1200(d).

WHEREAS, Defendants, National Health Agents, LLC and Interstate Brokers of America, LLC ("Defendants") were first served with a copy of the Complaint on November 18, 2020;

WHEREAS, Counsel for the Parties have agreed to an extension of time for these Defendants to Answer or otherwise respond to Plaintiff's Complaint in order to allow Defendants time to investigate the allegations and claims set forth in Plaintiff's Complaint;

WHEREAS, this is the first request for an extension of time to move, answer or otherwise respond in this action. Because no scheduling order has been entered in this action, the extension of time stipulated to herein will not affect any other scheduled dates.

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1. Defendants National Health Agents, LLC and Interstate Brokers Association of America shall have a 30-day extension, up to and including, January 4, 2021 to Answer or otherwise respond to Plaintiff's Complaint.

Dated this ____ of December 2020.

| /s/ | /s/ |
|---|---|
| Rachel E. Kaufman<br>Kaufman P.A.<br>400 NW 26th Street<br>Miami, FL 33127<br>Tel: 305-469-5881<br>rachel@kaufmanpa.com<br><br>*Attorneys for Plaintiff* | Constance J. Yu (SBN 182704)<br>Putterman \| Yu LLP<br>345 California St. \| Suite 1160<br>San Francisco, CA 94104<br>Email: cyu@plylaw.com<br>Tel. (415) 839-8779<br>Fax. (415) 737-1363<br><br>Dane Leitner (*pro hac vice* application forthcoming)<br>Dleitner@warddamon.com<br>Kenneth M. Rehns (*pro hac vice* application forthcoming)<br>krehns@warddamon.com<br>Ward Damon PL<br>4420 Beacon Circle<br>West Palm Beach, FL 33407<br>Tel: (561) 842-3000<br>Fax: (561) 842-3626<br><br>*Attorneys for Defendants National Health Agents, LLC and Interstate Brokers of America, LLC* |

1 | Pursuant the Parties' stipulation, IT IS SO ORDERED.

DATED:  December 8, 2020            /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE