Rachel E. Kaufman (Cal Bar No. 259353)
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Attorney for Plaintiff and the Classes*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TUSO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL HEALTH AGENTS, LLC, a Florida company, INTERSTATE BROKERS OF AMERICA, LLC, a Florida company, SERVICE INDUSTRY TRADE ALLIANCE, a non-profit Arizona corporation, FIRST CONTINENTAL LIFE & ACCIDENT INSURANCE COMPANY, Inc., a Texas corporation, FIRST HEALTH GROUP CORP., a Delaware corporation, and DOES, 1 through 10, inclusive,<br><br>Defendants. | No. 2:20-cv-02130-JAM-CKD<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF FIRST HEALTH GROUP CORP.** |

Plaintiff hereby gives notice of the dismissal of Defendant First Heath Group Corp. without prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 9th day of February, 2021.   Respectfully submitted,

By: */s/ Rachel E. Kaufman*
Rachel E. Kaufman
kaufman@kaufmanpa.com
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for the Plaintiff and the putative Classes*