1  Rachel E. Kaufman, CA Bar No. 259353
2  KAUFMAN P.A.
   400 NW 26th Street
3  Miami, FL 33127
   Telephone: (305) 469-5881
4  rachel@kaufmanpa.com

5
   *Counsel for Plaintiff and all others similarly situated*
6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9
   | | |
   |---|---|
   | RICHARD TUSO, individually, and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>NATIONAL HEALTH AGENTS, LLC, a Florida company, INTERSTATE BROKERS OF AMERICA, LLC, a Florida company, SERVICE INDUSTRY TRADE ALLIANCE, a non-profit Arizona corporation, FIRST CONTINENTAL LIFE & ACCIDENT INSURANCE COMPANY, Inc., a Texas corporation, and DOES, 1 through 10, inclusive,<br><br>Defendants. | No. 2:20-cv-02130-JAM-CKD<br><br>**STIPULATION OF DISMISSAL** |

   Plaintiff Richard Tuso ("Plaintiff") and Defendant Interstate Brokers of America, LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

   Date: August 3, 2021                Respectfully submitted,

                                       By: *s/ Rachel E. Kaufman*
                                       Rachel E. Kaufman, Esq.
                                       KAUFMAN P.A.
                                       400 NW 26th Street
                                       Miami, FL 33127
                                       Telephone: (305) 469-5881
                                       Email: rachel@kaufmanpa.com

                                         1

*Counsel for Plaintiff and all others similarly situated*

*By: /s/ Kenneth M. Rehns*
Dane Leitner (admitted *pro hac vice*)
dleitner@warddamon.com
Kenneth M. Rehns (admitted *pro hac vice*)
krehns@warddamon.com
Ward Damon PL
4420 Beacon Circle
West Palm Beach, FL 33407
Tel: (561) 842-3000
Fax: (561) 842-3626

Constance J. Yu (SBN 182704)
Putterman | Yu LLP
345 California St. | Suite 1160
San Francisco, CA 94104
Email: cyu@plylaw.com
Tel. (415) 839-8779
Fax. (415) 737-1363

*Attorneys for Defendant Interstate Brokers of America, LLC*

2